IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN WILLIAM HANNA,<br><br>    Plaintiff,<br><br>    v.<br><br>KYLE RUSSELL, *et al.*,<br><br>    Defendants. | CIVIL ACTION NO. 22-4305 |

### ORDER

**AND NOW,** this 5th day of September 2025, upon consideration of the pending motions and responses, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment [Doc. No. 55] is **GRANTED** for the reasons stated in the accompanying Memorandum Opinion. The Clerk of Court is directed to **CLOSE** the case.

It is so **ORDERED.**

                                                  BY THE COURT:

                                                  /s/ Cynthia M. Rufe

                                                  CYNTHIA M. RUFE, J.